**Order entered April 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00168-CR**
**No. 05-22-00169-CR**

**LEE ROY CHANY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-39327-P & F2039331-P**

**ORDER**

The clerk's record in appellate cause number 05-22-00168-CR was filed on April 4, 2022. The 301-page clerk's record is not in chronological order as mandated by the rules of appellate procedure. *See* TEX. R. APP. P. 34.5(a); app. C (Rule 1 of Appendix C to the Texas Rules of Appellate Procedure provides that the trial court clerk must "(d) arrange the documents in ascending chronological order, by date of filing or occurrence.").

We **STRIKE** the clerk's record and **ORDER** Dallas County District Clerk Felicia Pitre to file a corrected clerk's record in proper chronological order **WITHIN TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk; to Allan Fishburn; and to the Dallas County District Attorney's Office, Appellate Division.

/s/    ERIN A. NOWELL
          JUSTICE